STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

ADY AGOSTO VELAZQUEZ          Case No.   19-03753-ESL

Chapter 13     Attorney Name:   ROBERTO FIGUEROA CARRASQUILLO*

### I. Appearances

| | | |
|---|---|---|
| Debtor | [X] Present | [ ] Absent |
| Joint Debtor | [ ] Present | [ ] Absent |
| Attorney for Debtor | [X] Present | [ ] Absent |

[ ] Prose

[X] Appearing:    Roberto Figueroa, Esq.

Date & Time:    8/7/2019   8:06:00AM

[X] R     [ ] NR    LV:   0.00

[X] This is debtor(s) 1 Bankruptcy filing.

Creditors:

**First Bank by Ms. Norma Melchor**

### II. Oath Administered

[X] Yes          [ ] No

### III. Plan

Date:   08/03/2019     Base:    $23,400.00    Payments 1 made out of 1 due.

Confirmation Hearing Date:     9/4/2019   9:30:00AM

Evidence of Pmt shown:

**Attorney's fees as per R. 2016(b)**

    $4,000.00   -   $132.00   =   $3,868.00

### IV. Status of Meeting

[X] Closed      [ ] Not Held     [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

Continued Date:

Comments:

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to: [ ] Appear: [ ] Commence payments

[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

[ ] Other:

# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

In re:

ADY AGOSTO VELAZQUEZ            Case No.  19-03753-ESL

                                Chapter 13    Attorney Name:  ROBERTO FIGUEROA CARRASQUILLO*

|  |  |
|---|---|
| Trustee's Report on Confirmation | (Cont.) |
| [ ] FAVORABLE | |
| [X] UNFAVORABLE | |

| | |
|---|---|
| [ ] Feasibility<br>[ ] Insufficiently funded<br>[ ] Unfair discrimination<br>[ ] Fails disposable income<br>[ ] Fails liquidation value test<br>[ ] Insuarence quote | [ ] No provision for secured creditor(s)<br><br>[ ] Tax returns missing<br>  [ ] State  -  years<br><br>[ ] Federal  -  years |

Pending/Items/ Documents:

| | |
|---|---|
| [ ] DSO Recipient's Information<br><br>[ ] Evidence of being current with DSO<br><br>[ ] Evidence of income | [ ] Monthly reports for the months<br><br>[ ] Public Liability Insurance<br>  [ ] Premises<br>  [ ] Vehicle(s):<br>[ ] Licenses issued by: |

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

ADY AGOSTO VELAZQUEZ                    Case No.   19-03753-ESL

                                Chapter 13      Attorney Name:   ROBERTO FIGUEROA CARRASQUILLO*

**Trustee's objection to confirmation**

[X] Objection to Confirmation
[ ] Oral objection by creditor

**ACP:** 5

**Household size:** 2

**Disp. Income under 1325(b)(2):** -533.14

Trustee reviewed amended plan dated 8-3-2019.  Debtor will further amend the plan as indicated below.  Amended Schedule I was reviewed; no further changes are requested in connection with said schedule.

**Pending matters:**

**1. FAILS DISPOSABLE INCOME TEST, §1325(b)(1)(B):**

a. provide income evidence of Church contribution disclosed in Schedule I.

b. since when debtor receive income from the Church?  This income is not disclosed in SOFA line 4.  Income will be disclosed in SOFA.  Debtor testified he has received the income since 2015, thus, SOFA needs to reflect the income from 2017 until petition.

**OTHER:**

a.  Provision in 3.6, 3.7 and 4.6 will be amended to reflect Reliable

NOTE:  Trustee has reviewed stipulation filed at Docket 16 and has no opposition.
The following party(ies) object(s) confirmation:

**s/Miriam Salwen**                                              Date:      08/07/2019

**Trustee/Presiding Officer**                                          (Rev. 05/13)