IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 19-03753-ESL |
|---|---|
| ADY AGOSTO VELAZQUEZ | |
| | CHAPTER 13 |
| DEBTOR(S) | |

**NOTICE OF WITHDRAWAL**
Trustee's Motion for Copy of Tax Return(s)
DOCKET (37)

**TO THE HONORABLE COURT:**

Comes now OSMARIE NAVARRO MARTINEZ, Chapter 13 Trustee and very respectfully states and prays:

1. In the present case, the Trustee filed a/an Trustee's Motion for Copy of Tax Return(s) (docket#37) on 11/08/2023.

2. Trustee hereby withdraws the above mentioned document.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all those who in this case have registered for receipt of notice by electronic mail. I further certify that the foregoing has been served to the U.S. Trustee at ustpregion21.hr.ecf@usdoj.gov and by depositing true and correct copies thereof in the United States Mail, postage prepaid to debtor(s) at the address of record.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico this, 12/11/2023.

/s/ OSMARIE NAVARRO MARTINEZ
OSMARIE NAVARRO MARTINEZ
STANDING CHAPTER 13 TRUSTEE
PO BOX 9024062
SAN JUAN PR 00902-4062
TEL. (787)977-3500 FAX (787)977-3521
DAC-HB

| 19-03753-ESL | CERTIFICATE OF MAILING |

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

ROBERTO FIGUEROA CARRASQUILLO*
 R FIGUEROA CARRASQUILLO LAW OFFICE
 PSC
 PO BOX 186
 CAGUAS, PR  00726 -0186

ADY AGOSTO VELAZQUEZ
 HC 15  BOX 16149
 HUMACAO, PR  00791

DATED:   12/11/2023

/S/OLGA LOPEZ
OFFICE OF THE CHAPTER 13 TRUSTEE

Page 1 of 1     - CASE NO 19-03753-ESL